**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 16-6405**

───────────

CHRISTOPHER CHARLES HARRIS,

        Plaintiff – Appellant,

    v.

FNU CONNOLLY, Captain; FNU HART, Lieutenant; FNU MAYHORN,
Detention Officer; FNU HARRIS, Detention Officer,

        Defendants - Appellees.

───────────

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Frank D. Whitney,
Chief District Judge.  (5:14-cv-00128-FDW)

───────────

Submitted:  July 14, 2016        Decided:  July 26, 2016

───────────

Before MOTZ, KING, and WYNN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Christopher Charles Harris, Appellant Pro Se. Patrick Houghton
Flanagan, Virginia Marie Wooten, CRANFILL, SUMNER & HARTZOG,
LLP, Charlotte, North Carolina, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Charles Harris appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Harris v. Connolly, No. 5:14-cv-00128-FDW (W.D.N.C. Feb. 18, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED